UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

UNITED STATES OF AMERICA,

    – v. –

JAVIER MAISONET,

                Defendant.

----------------------------------- x

[~~PROPOSED~~] ORDER

22 Cr. 143 (CM)

The United States Marshals Service is ordered to produce JAVIER MAISONET, the defendant, for an appearance in the above-captioned case that is scheduled to take place at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 24A, on May 10, 2022 at 12:00 p.m. For good cause shown, if the JAVIER MAISONET, the defendant, refuses to leave the Essex County Correctional Facility for the May 10 appearance, the Court hereby authorizes the U.S. Marshals Service and the Essex County Department of Corrections to use reasonable force necessary, including, if necessary, the use of restraints, to produce the defendant.

Dated:    New York, New York
          May 6, 2022

_____
THE HONORABLE ~~SARAH NETBURN~~ Colleen McMahon
UNITED STATES ~~MAGISTRATE~~ JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/22