

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

November 8, 2022

MEMO ENDORSED

11/9/22

Sentencing Adj to Jan. 17, 2023
At 12:00 p.m.

*[signature: Colleen McMahon]*

**BY ECF and E-MAIL**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Javier Maisonet*
      22 Cr. 143-001 (CM)

Dear Judge McMahon:

    I represent the defendant, Javier Maisonet, in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I am writing to respectfully request an adjournment of the sentencing hearing that is scheduled for November 9, 2022 until a date in January 2023 as I will be engaged in a felony jury trial in the matter of *People of the State of New York v. Kemoy Gordon*, Ind. No.:1767-2019 pending in Bronx Supreme Court. This matter was adjourned previously to allow the defense to obtain letters from Mr. Maisonet's family and friends that will be submitted to the Court at sentencing. I have conferred with Mr. Maisonet. The Government does not oppose this request for an adjournment.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:   United States Attorney for the Southern District of New York
      Southern District of New York Pretrial Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/22